

FILED

07/06/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

FILED

JUL 0 6 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE PETITION OF LAEL
D. ANDARA

O R D E R

Lael D. Andara has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of Andara's application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission.

Andara passed the MPRE in 2000 when seeking admission to the practice of law in California, where Andara was admitted. Andara has also been admitted to the practice of law in the District of Columbia, the State of New York, and before the United States Patent Bar. The petition states Andara has "practiced law without any ethical or disciplinary issues in any jurisdiction where licensed or where admitted pro had vice." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Lael D. Andara to waive the three-year test requirement for the MPRE for purposes of Andara's current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 6th day of July, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices